AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**EDWARD KENNETH KELLY, JR**
**DOB: xx/xx/64**

# CRIMINAL COMPLAINT

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about     **SEPTEMBER 2,  2004**     in     **WASHINGTON**     county, in

the _____ District of     **COLUMBIA**     defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess  with intent to distribute a mixture  and  substance**
**containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.**

in violation of Title     **21**     United States Code, Section(s)     **841(b)(1)(c)**     .

I further state that I am     **SPECIAL AGENT CHEYVORYEA GIBSON**    , and that this complaint
is

based on the following facts:

## SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:        ☒ Yes    ☐ No

_____

Signature of Complainant
**SPECIAL AGENT CHEYVOREA GIBSON**
**FEDERAL BUREAU OF INVESTIGATION**

Sworn to before me and subscribed in my presence,

_____    at     **Washington, D.C.**
Date                                                                                City and State

_____
Name & Title of Judicial Officer                                      Signature of Judicial Officer