AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

EDWARD KENNETH KELLY, JR

**WARRANT FOR ARREST**

CASE NUMBER: 06-207 M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___EDWARD KENNETH KELLY, JR___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

**FILED**

MAY 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

charging him or her with (brief description of offense)

**Possession with intent to distribute cocaine**

in violation of Title 21, United States Code, Section(s) § 841(b)(1)(c)

ALAN KAY
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE

Title of Issuing Officer

MAY 0 9 2006

Signature of Issuing Officer

Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-9-06 | Sean McLeod SDUSM | Sean McLeod |
| DATE OF ARREST 5-12-06 | | |

1018835