06mj207

# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia Cannon
Clerk

Suite 240
6500 Cherrywood Lane
Greenbelt, Maryland 20770
(301) 344-0660

May 15, 2006

Clerk's Office
U.S. District Court
333 Constitution Avenue, NW
Washington, DC 20001

**FILED**

MAY 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: U.S. v Edward Kenneth Kelly
06-2166JKS

Dear Sir,

Enclosed please find the following documents:

1. Original Criminal Memo
2. Original Order Appointing Federal Public Defender
3. Waiver Rule 5
4. Original Order Temporary Detention
5. Original Order Commitment to Another District
6. Original Order of Detention

The defendant has appeared before Magistrate Jillyn K. Schulze for a Initial Appearance on May 9, 2006.

Please acknowledge receipt and return to the undersigned.

If you should have any questions, please do not hesitate to contact the undersigned at 301-344-3124

Sincerely,

Rita M. Sigona
Deputy Clerk

enc.        Received on                By