UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-153 (RWR) |
| | : | |
| **EDWARD KENNETH KELLY, JR.** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated June 20, 2006, without enclosures, be made part of the record in this case.

                                                                                        Respectfully submitted,

                                                                                        KENNETH L. WAINSTEIN
                                                                                        United States Attorney
                                                                                        Bar No. 451-058

By: _____
Perham Gorji
Assistant United States Attorney
Delaware Bar No. 3737
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4233
Washington, D.C. 20530
(202) 353-8822

## Certificate of Service

     I hereby certify that a copy of the Notice of Filing and the attached discovery letter dated June 20, 2006, with enclosures, were served by hand, as requested by counsel of record for the defendant, Jonathan Jeffress, Esquire, to the Fifth Floor Receptionist of the Federal Public Defender Office, attn: Jonathan Jeffress, Esquire, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004, this __21st___ day of June, 2006.

                                                                                  _____

Assistant United States Attorney