UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-153 (RWR) |
| | : | |
| **EDWARD KENNETH KELLY, JR.** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

### ORDER

Upon consideration of the United States' Motion to Impeach Defendant with His Prior Convictions Pursuant to Federal Rule of Evidence 609, and any opposition thereto, it is this

_____ day of _____, 2006, hereby

**ORDERED** that the United States' Motion to Impeach Defendant with His Prior Convictions Pursuant to Federal Rule of Evidence 609 be and the same is **GRANTED.**

_____
RICHARD W. ROBERTS
United States District Judge

Copies to:
AUSA Perham Gorji
FPD Jonathan Jeffress