UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.         : | CRIMINAL NO.  06-153 (RWR) |
| : | |
| EDWARD KENNETH KELLY, JR. : | |
| : | |
| Defendant.   : | |
| _____ : | |

### UNITED STATES' NOTICE OF PRIOR FELONY DRUG CONVICTION PURSUANT TO 21 U.S.C. § 851

Pursuant to Title 21, United States Code, Section 851, the United States of America hereby provides notice to the defendant and to the Court that the defendant, Edward Kenneth Kelly, has been previously convicted of at least one felony drug offense within the meaning of Title 21, United States Code, Sections 802, 841, 846 and 851, and therefore is subject to an increased punishment in connection with the above-captioned case, pursuant to Title 21, United States Code, Sections §§ 841(a)(1) and 841(b)(1)(C).  A felony drug offense is "an offense that is punishable by imprisonment for more than one year under any law of the United States or of a State."  21 U.S.C.A. § 802(44) (West Supp.1998)).

The felony convictions for Edward Kenneth Kelly are as follows:

(1)   On May 24, 1995, Kelly was convicted of Distribution and Importation of Controlled Dangerous Substances and sentenced to 20 years on each count, respectively.  This conviction was also in Prince George's County, Maryland, Case No. CT941969A.

(2)  On September 20, 1989, Kelly was convicted of Distribution of a Controlled Dangerous Substance in Prince George's County, Maryland and sentenced to 6 months incarceration, in Case No. CT881365X.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451-058

By:  _____
Perham Gorji
Assistant United States Attorney
Delaware Bar No. 3737
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4233
Washington, D.C. 20530
(202) 353-8822

**Certificate of Service**

I hereby certify that a copy of the United States' Notice of Prior Felony Drug Conviction Pursuant to 21 U.S.C. § 851, was served by first class mail upon counsel of record for the defendant, Jonathan Jeffress, Esquire, Federal Public Defender, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004, this _23rd____ day of June, 2006.

_____
Assistant United States Attorney