UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES,            )<br>                          )<br>    vs.                   )<br>                          )<br>EDWARD KELLY,             )<br>                          )<br>    Defendant.            )<br>                          ) | Crim. No. 06-153 (RWR) |

**DEFENDANT EDWARD KELLY'S MOTION FOR
ONE DAY EXTENSION OF TIME TO FILE MOTIONS**

Defendant, Edward Kelly, through counsel, respectfully requests a one day extension of time in which to file his pretrial motions. In support of this motion, defendant respectfully submits the following:

1. Defendant's pretrial motions are due today, July 4, 2006.

2. The motions are substantially complete. Defendant's motions are: (1) defendant's motion to suppress physical evidence; and (2) defendant's motion to suppress statements.

3. Undersigned counsel requires additional secretarial assistance in order to file defendant's motions that is not available today, July 4, 2006, due to the federal holiday. Defendant is accordingly requesting until the end of tomorrow, July 5, 2006 to file his motions.

1

WHEREFORE, defendant respectfully requests that the Court enter the attached order extending the deadline for defendant's pretrial motions until c.o.b. tomorrow, July 5, 2006.

                                                    Respectfully Submitted,

                                                    A.J. KRAMER


                                        _____/s/_____
                                        Jonathan S. Jeffress
                                        <u>Counsel for Edward Kelly</u>
                                        625 Indiana Avenue
                                        Washington, D.C.  20004
                                        (202) 208-7500, ex. 134
                                        (202) 208-7515 (fax)
                                        Jonathan_Jeffress@fd.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES,** ) | |
| ) | |
| vs. ) | Crim. No. 06-153 (RWR) |
| ) | |
| **EDWARD KELLY,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon consideration of defendant's motion for one day extension of time to file motions, any opposition thereto, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the due date for defendant's pretrial motions is July 5, 2006.

**SO ORDERED**.

_____
The Honorable Richard W. Roberts

**DATE**:

Copies to:

Jonathan Jeffress, AFPD
Perham Gorji, AUSA