AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1526 Potomac Avenue SE
Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER:

04-587-M-01

TO: _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Cheyvoryea Gibson_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

1526 Potomac Avenue SE, Washington, DC, further described as a multi-level residential row house with tan-colored brick facade and white aluminum siding to the rear of the residence. The numbers "1526" appear in black and are affixed to the right side of the front door, which is brown in color. The residence has a green side door, located adjacent to the garage.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)
Firearm and/or ammunition; documentation or paperwork related to the possession, acquisition, disposition, and/or maintenance of firearms; ammunition magazines, ammunition boxes, holsters, ammunition pouches, firearms boxes, cleaning kits; bullet proof vests, firearm parts, and accessories for firearms such as grips, scopes, and slings; photographs of firearms; paperwork and documentation related to the identify of the possessors of such items and/or vehicle; indicia of occupancy, residence, and/or ownership of the premises described in the affidavit, but not limited to, utility and telephone bills, canceled envelopes, keys, and other records

there is now concealed certain property that constitutes evidence of the commission of a criminal offense; or contraband, the fruits of crime, or things otherwise criminally possessed; or property designed or intended for use or which is or has been used as the means of committing a criminal offense,

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _Sept. 11, 2004_
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

SEP 0 1 2004                                    at Washington, D.C.

Date and Time Issued
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer                Signature of Judicial Officer

AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

2000 Lincoln Navigator
Maryland tag "050M029"
VIN #5LMPU28A5YLJ15188

**SEARCH WARRANT**

CASE NUMBER:

04 - 588 - M - 01

TO: _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Cheyvoryea Gibson__ who has reason to believe that ☐ on the person or ☒ on the vehicle known as (name, description and or location)

2000 Lincoln Navigator, bearing Maryland tag "050M029", VIN #5LMPU28A5YLJ15188 gold in color

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property) Firearm and/or ammunition; documentation or paperwork related to the possession, acquisition, disposition, and/or maintenance of firearms; ammunition magazines, ammunition boxes, holsters, ammunition pouches, firearms boxes, cleaning kits; bullet proof vests, firearm parts, and accessories for firearms such as grips, scopes, and slings; photographs of firearms; paperwork and documentation related to the identify of the possessors of such items and/or vehicle; indicia of occupancy and/or ownership of the vehicle

there is now concealed certain property that constitutes evidence of the commission of a criminal offense; or contraband, the fruits of crime, or things otherwise criminally possessed; or property designed or intended for use or which is or has been used as the means of committing a criminal offense,

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _Sept. 11, 2004_
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

SEP 0 1 2004

Date and Time Issued JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

at Washington, D.C.

_____          _____
Name and Title of Judicial Officer          Signature of Judicial Officer