## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) Crim. No. 06-153 (RWR) |
| | ) |
| **EDWARD KENNETH KELLY,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of the government's Motion In Limine to Admit Other Act Evidence, the defendant's Opposition, and for good cause shown, it is hereby

**ORDERED** that the government's Motion is **DENIED**.

**SO ORDERED.**

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Jonathan S. Jeffress, AFPD
Perham Gorgi, AUSA