IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Crim. No. 06-153 (RWR) |
| | ) |
| EDWARD KENNETH KELLY, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Upon consideration of the government's Motion Impeach Defendant With Prior Convictions, the defendant's Opposition, and for good cause shown, it is hereby

**ORDERED** that the government's Motion is **DENIED**.

**SO ORDERED.**

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Jonathan S. Jeffress, AFPD
Perham Gorgi, AUSA