**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO.  06-153 (RWR)** |
| | : | |
| **EDWARD KENNETH KELLY, JR.** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**NOTICE OF FILING**

The government requests that the attached letter, dated August 21, 2006, without enclosures,

be made part of the record in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451-058


By:       _____

Perham Gorji
Assistant United States Attorney
Delaware Bar No. 3737
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4233
Washington, D.C. 20530
(202) 353-8822


**Certificate of Service**

I hereby certify that a copy of the Notice of Filing and the attached letter dated  August 22, 2006, with enclosures, were served by hand, as requested by counsel of record for the defendant, Jonathan Jeffress, Esquire, to the Fifth Floor Receptionist of the Federal Public Defender Office, attn: Jonathan Jeffress, Esquire, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004,  this __22nd___ day of August, 2006.


_____
Assistant United States Attorney