

**U.S. Department of Justice**

United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

August 22, 2006

**By Hand Delivery In Court**

**By U.S. Mail**
Jonathan Jeffress, Esquire
Federal Public Defender
625 Indiana Ave., N.W.
Suite 550
Washington, DC 20004
202-208-7500
jonathan_jeffress@fd.org

          Re:    United States v. Edward Kenneth Kelly
                   Case No. 06-153 (RWR)

Dear Counsel:

      I am writing to provide you with certain information in response to your request for materials pursuant to Title 18, United States Code, Section 3500 ("Jencks material"), in advance of the upcoming hearing scheduled for August 24, 2006. The government may call the following individuals as witnesses: Special Agent Thomas Hickey, Special Agent David Buckel and Special Agent Cheyvoryea Gibson. Accordingly, I am providing the following Jencks material not previously given to you in discovery:

- Form DEA-6 by Special Agent Hickey dated September 3, 2004
- Transcript of Special Agent Buckel dated April 7, 2006
- Transcript of Special Agents Hickey & Buckel dated April 11, 2006
- Transcript of Special Agent Hickey dated April 12, 2006
- Transcript of Special Agent Gibson dated April 20, 2006
- Transcript of Special Agent Gibson dated April 21, 2006
- Transcript of Special Agent Gibson dated April 25, 2006
- Transcript of Special Agent Hickey dated April 27, 2006
- Transcript of Special Agent Gibson dated May 18, 2006

All other Jencks materials responsive to your request were previously provided as enclosures to my discovery letter dated June 20, 2006.

  In addition, in response to your request for discovery, I am enclosing transcriptions of the recorded telephone calls from July 3, 2004 (No. 884), July 4, 2004 (No. 1035), and July 9, 2004 (No. 1696), which recordings you were previously given on CD Rom as part of the discovery package dated June 20, 2006.

  If you have any questions about the information provided above, you may contact me by telephone, fax, mail, or e-mail.

  Perham Gorji
  Office of the United States Attorney
  Federal Major Crimes Section
  Room 4233
  555 Fourth Street, N.W.
  Washington, D.C.  20530

  Office:  202-353-8822
  Fax:  202-616-3782
  E-mail:  perham.gorji@usdoj.gov

  If you file any pleading in this case, please note that our zip code has changed recently to 20530.  Also, please fax any pleadings or correspondence so that we may be assured receipt of the document.

            Sincerely,

            KENNETH L. WAINSTEIN
            United States Attorney


         By:
            PERHAM GORJI
            Assistant United States Attorney


cc: District Court Case File (without attachments)