

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AUG 2 8 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) |
| v. | ) **Criminal Action No. 06-153 (RWR)** |
| | ) |
| **EDWARD KELLY,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### PRETRIAL ORDER

Trial in this case shall begin on October 2, 2006 at 2:00
p.m.  In order to administer the trial in this criminal case as
efficiently as possible, it is hereby

ORDERED that on or before 4:00 p.m. on September 6, 2006,
counsel for the government shall prepare and serve on defense
counsel the following trial materials: proposed voir dire, the
full text (not simply citations to standard jury instruction
books) of proposed preliminary jury instructions to be read by
the Court at the start of the trial and proposed final jury
instructions, and a proposed verdict form.  It is further

ORDERED that on or before September 12, 2006, defense
counsel shall serve on the government the defense's proposed voir
dire and any other proposals regarding trial materials so that
all counsel may jointly submit to the Court a single, agreed-upon
version of the trial materials described in the foregoing
paragraph.  It is further

- 2 -

ORDERED that counsel for all parties shall meet and confer in person regarding these materials and any and all further aspects of the case, and jointly submit to the Clerk and to Chambers by 4:00 p.m. on September 15, 2006, a single, agreed-upon set of the trial materials.  Counsel shall furnish the Chambers set of these materials printed in 12-point font formatted in Word Perfect Version 9.0 or higher via e-mail to roberts_chambers@dcd.uscourts.gov.  Counsel are admonished NOT to use this e-mail address for ANY other purpose.  It is further

ORDERED that if counsel cannot agree totally on a single, joint set of the foregoing trial materials, they shall jointly submit to the Clerk and to Chambers a single set of those trial materials on which they <u>do</u> agree and, in the same format as is described in the previous paragraph, separately submit those proposed trial materials which remain in dispute.  It is further

ORDERED that counsel for all parties shall number their trial exhibits in advance of trial, and shall submit an exhibit list and witness list to the Clerk and to Chambers in the manner and by the date and time set forth above for the submission of the single, joint agreed-upon trial materials.  The exhibit list shall conform to the sample at Attachment A to this Order and shall have the first two columns filled out.  It is further

ORDERED that counsel shall observe at trial the procedures listed in Attachment B.  It is further

- 3 -

ORDERED that in the event of a conviction, all sentencing motions and sentencing memoranda must be filed no later than five business days before the date of sentencing.

SIGNED this _25_ day of August, 2006.

_____
RICHARD W. ROBERTS
United States District Judge

- 4 -

**ATTACHMENT A**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
|  | ) |
| v. | ) |
|  | ) Criminal Action No. [ ] (RWR) |
|  | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**[GOVERNMENT'S/DEFENDANT'S] EXHIBIT LIST**

| No. | Description | Witness | Obj'n | Adm. |
|-----|-------------|---------|-------|------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

- 5 -

| No. | Description | Witness | Obj'n. | Adm. |
|-----|-------------|---------|--------|------|
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |

- 6 -

**ATTACHMENT B**

These procedures will be employed during jury trials before
Judge Roberts:

1.   The "Arizona" method of jury selection will be used.
2.   Court will be in session from 9:15 a.m. through 5:00 or 5:15
     p.m.  A fifteen minute break will be taken in the morning
     and afternoon, and an hour to an hour and a half will be
     allowed for lunch.
3.   If counsel have any "housekeeping" matters to raise, they
     will be taken up at the end of each day after the jury is
     excused.
4.   Counsel are required to have a steady stream of witnesses
     ready at all times.
5.   All witnesses must be addressed by Mr./Ms. and their surname
     rather than by first name.
6.   Examinations must be conducted from the podium.  Counsel may
     roam during openings and closings, but may not get closer
     than 5 feet to the jury box.  Counsel may not use
     demonstrative aids during opening statements without advance
     notice to other parties and permission from the Court.
7.   Side-bars are discouraged.  Counsel shall note any issue and
     bring it up at the next break.
8.   If any admitted exhibit cannot be displayed for all jurors
     to see at once, counsel must provide for every juror a
     conforming copy of the exhibit if counsel wants to publish
     the exhibit to the jury.
9.   Jurors will be allowed to take notes but not ask questions
     during trial.  Jurors may be given a printed copy of the
     jury instructions.
10.  Counsel shall stand when making an objection.  Parties and
     counsel shall stand silently, in place, when the jury enters
     and leaves the courtroom.