IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Crim. No. 06-153 (RWR) |
| EDWARD KENNETH KELLY, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT EDWARD K. KELLY'S MOTION TO
EXTEND TIME TO FILE MOTION FOR RECONSIDERATION**

Mr. Edward K. Kelly, the defendant, through undersigned counsel, respectfully submits this motion to extend time to file motion for reconsideration. In support of this Motion, defense counsel states as follows:

**BACKGROUND**

1. Mr. Kelly is charged by a three-count indictment with: (1) unlawful possession of a firearm and ammunition by a person convicted of an offense punishable by imprisonment for a term exceeding one year; (2) possession with intent to distribute cocaine; and (3) using, carrying and possessing a firearm during a drug trafficking offense.

2. On August 24, 2006, the Court held a motions hearing with respect to several defense and government motions. The Court denied defendant's motion to suppress with respect to: (1) the staleness of the information contained in the affidavit for a search warrant in this case; and (2) the insufficiency of the affidavit submitted in support of the Title III wire intercept. At the conclusion of the hearing, the Court stated that the defense could move for reconsideration of those rulings within five (5) days.

3. Defense counsel for Mr. Kelly had a major motions hearing in another case

scheduled for yesterday, August 29, 2006, that required significant preparation. Furthermore, defense counsel will be on leave from tomorrow until September 7, 2006. Defendant is accordingly requesting that the Court enter the attached Order permitting him until September 12, 2006 to file the Motion for Reconsideration.

WHEREFORE, for the foregoing reasons and any other reasons that are just and proper, defendant respectfully requests that the Court enter the attached Order permitting him until September 12, 2006 to file the Motion for Reconsideration.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
Counsel for Edward Kenneth Kelly
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500, ex. 134