**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| v. | ) Crim. No. 06-153 (RWR) |
| **EDWARD KENNETH KELLY,** | ) |
| **Defendant.** | ) |

**ORDER**

Upon consideration of the defendant's Motion to Extend Time to File Motion for Reconsideration, any opposition thereto, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the new due date for the Motion for Reconsideration is September 12, 2006.

**SO ORDERED.**

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Jonathan S. Jeffress, AFPD
Perham Gorgi, AUSA