**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.                    ) | **Crim. No. 06-153 (RWR)** |
| ) | |
| **EDWARD KENNETH KELLY,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of the defendant's Unopposed Motion to Continue Trial, including

the Speedy Trial Waiver, and for good cause shown, it is hereby

    **ORDERED** that the Motion is **GRANTED**; it is further

    **ORDERED** that the October 2, 2006 trial date is **VACATED**; and it is further

    **ORDERED** that the trial shall commence _____, 2006

at _____ am/pm.

    **SO ORDERED.**

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Jonathan S. Jeffress, AFPD
Perham Gorgi, AUSA