UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | Criminal Case No. 06-153 (RWR) |
| | : | |
| EDWARD KELLY | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**Government's Exhibit List**

| No. | Description | Witness | Obj'n | Adm |
|---|---|---|---|---|
| 1 | Photo of exterior of house | | | |
| 2 | Diagram of apartment interior | | | |
| 3 | Photo of interior of living room | | | |
| 4 | Photo of interior of living room, with backpack | | | |
| 5 | Photo of dining room | | | |
| 6 | Photo of dining room after search | | | |
| 7 | Photo of backpack closeup | | | |
| 8 | Photo of backpack closeup with cash | | | |
| 9 | Photo of backpack closeup with cocaine | | | |
| 10 | Closeup photo of cash from backpack | | | |
| 11 | Closeup photo of cocaine | | | |

| 12 | Photo of bedroom | | | |
|---|---|---|---|---|
| 13 | Photo of bed | | | |
| 14 | Photo of gun under mattress | | | |
| 15 | Photo of gun, magazine and round | | | |
| 16 | Photo of bedroom after search | | | |
| 17 | Photo of cash in bedroom dresser | | | |
| 18 | Photo of water jug with singles | | | |
| 19 | Photo of cash found under livingroom cabinet | | | |
| 20 | Photo of kitchen | | | |
| 21 | Photo of SUV | | | |
| 22 | Photo of license plate | | | |
| 23 | Photo of driveway | | | |
| 24 | Photo inside SUV | | | |
| 25 | Photo of cash and license inside SUV | | | |
| 26 | Photo of all currency | | | |
| 27 | Seizure List (FD-597) | | | |
| 28 | 9 mm Glock | | | |
| 29 | Cartridge (1) | | | |
| 30 | 9 mm casings (15) | | | |
| 31 | Backpack | | | |
| 32 | Cocaine (Lab No. W-12695) | | | |
| 32a | Original Packing for cocaine | | | |
| 33 | Stipulation - DEA analysis | | | |

| | | | | |
|---|---|---|---|---|
| 34 | DEA Report and DEA-7 | | | |
| 35 | Stipulation - definition of firearm and ammunition | | | |
| 36 | Stipulation -interstate nexus | | | |
| 37 | Stipulation - prior conviction | | | |
| 38 | Rental Car Agreement (Item #12) | | | |
| 39 | Bank Statement (Item #12) | | | |
| 40 | Photos From Dining Room (Item #5) | | | |
| 41 | Photo From Dining Room (Item #14) | | | |
| 42 | Photos, receipts (Item #8) | | | |
| 43 | DMV certified vehicle registration | | | |
| 43a | Vehicle Registration (Item #21) | | | |
| 44 | Advice of Rights Sheet | | | |
| 45 | Phone record (202.345.6849) | | | |
| 45a | Phone call log | | | |
| 46 | Phone record (202.345.4416) | | | |
| 47 | Photo of defendant on phone | | | |
| 48 | CD (call # 884) | | | |
| 49 | CD (call # 1035) | | | |
| 50 | CD (call # 1696) | | | |
| 51 | Transcript # 884 | | | |
| 52 | Transcript # 1035 | | | |
| 53 | Transcript # 1686 | | | |
| 54 | Certified Conviction | | | |

| | | | | |
|---|---|---|---|---|
| 55 | FD-302 S.A. Gibson | | | |
| 56 | Affidavit in Support of Search Warrant | | | |
| 57 | Affidavit in Support of Wire Tap (202) 345-6849 | | | |
| 58 | Notes by S.A. Gibson | | | |
| 59 | DEA-6 by S.A. Hickey | | | |
| 60 | FD-302 S.A. Peeples | | | |
| 61 | FD-95 Lenia Cash | | | |
| 62 | Photo Log (1-36) | | | |
| 63 | Photo Log (1-7) | | | |
| 64 | UN-89 gun report | | | |
| 65 | ATF firearm trace | | | |
| 66 | Copy of photo of gun | | | |
| 67 | Latent print report | | | |
| 68 | Transcript of Lenia Cash, May 18, 2006 | | | |
| 69 | Transcript of Lenia Cash, April 26, 2006 | | | |
| 70 | Transcript of Lenia Cash, Feb. 7, 2005 | | | |
| 71 | Transcript of Lenia Cash, Jan. 10, 2005 | | | |
| 72 | Transcript of Lenia Cash, Nov. 1, 2004 | | | |
| 73 | Transcript of Carl Lucas, April 25, 2006 | | | |
| 74 | | | | |
| 75 | | | | |