UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-153 (RWR) |
| | : | |
| **EDWARD KENNETH KELLY, JR.** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF FILING

The government requests that the following four (4) trial stipulations, agreed upon by the parties, as attached, be made part of the record in this case: 1) stipulation regarding prior conviction; 2) stipulation regarding chemical analysis of controlled substance; 3) stipulation regarding firearm; and 4) stipulation regarding affect on interstate commerce.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451-058

By: _____
Perham Gorji
Assistant United States Attorney
Delaware Bar No. 3737
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4233
Washington, D.C. 20530
(202) 353-8822

## Certificate of Service

I hereby certify that a copy of the Notice of Filing, dated September 15, 2006, with enclosures, was served by mail upon counsel of record for the defendant, Jonathan Jeffress, Esquire, Federal Public Defender Office, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004, this __15th__ day of September, 2006.

_____
Assistant United States Attorney