UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. 06-153 (RWR) |
| | : | |
| EDWARD KELLY | : | |
| | : | |
| Defendant. | : | |
| | : | |

**STIPULATION**

The parties in this case, the United States and defendant Edward Kelly, hereby agree and stipulate as follows:

At the time of his arrest in this case, on September 2, 2004, defendant Edward Kelly had previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

Respectfully submitted,

_____        _____
Jonathan Jeffress, Esquire              Edward Kelly
Counsel for Edward Kelly                Defendant


_____
Perham Gorji
Assistant United States Attorney