UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. 06-153 (RWR) |
| | : | |
| EDWARD KELLY | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**STIPULATION**

The parties in this case, the United States and defendant Edward Kelly, hereby agree and stipulate as follows:

Steven Demchuck is a forensic chemist employed by the Drug Enforcement Administration and he is qualified by education, training, and experience to render an expert opinion concerning the identity of the substances seized in this case and identified in this stipulation. The parties also stipulate and agree that if he was called to testify in this trial, he would state under oath as follows:

The government exhibit listed below is a plastic heat-sealed Drug Enforcement Administration evidence bag. It has been assigned the DEA identification numbers indicated below, W-12695, and was received by the DEA Mid-Atlantic Laboratory on the date noted. When received, the exhibit was secured by an unbroken heat-seal and a DEA evidence sticker, and showed no signs of tampering. The exhibit contained a package which, in turn, contained an amount of substances or an items to be chemically analyzed to determine its nature and volume. After receiving each exhibit, Steven Demchuck, the DEA forensic chemist assigned to analyze the contents of the exhibit, examined it and found that the heat-sealed envelope was intact and

that the exhibit showed no signs of tampering. Mr. Demchuck opened the exhibit by cutting off the bottom and removing the contents. He performed a chemical analysis on the substance found inside the exhibit. The results of the chemical analysis for the substance is listed below. Mr. Demchuck identified the controlled substance to a scientific certainty. After completing the analysis, Mr. Demchuck placed the substance into a new smaller bag that the DEA provided. Mr. Demchuck placed that new bag inside the original exhibit. The exhibit was heat-sealed across the bottom to make it secure. Also placed over the bottom of the heat-seal was a DEA evidence sticker filled out by Mr. Demchuck. The officially sealed container was returned to the evidence vault maintained for proper storage. The government exhibit analyzed by Mr. Demchuck is the following:

| Government Exhibit Number | Lab Number | Received | Results of Analysis |
| --- | --- | --- | --- |
| # | W-12695 | September 9, 2004 | 497.1 grams of cocaine |

The results of Mr. Demchuck's chemical analysis of the contents of the exhibit listed above is contained in Government's Exhibit ____, entitled, "Report of Controlled Substance Analysis" and the attached form DEA-7.

                          Respectfully submitted,

| | |
| --- | --- |
| Jonathan Jeffress, Esquire | Edward Kelly |
| Counsel for Edward Kelly | Defendant |

-3-

Perham Gorji
Assistant United States Attorney