UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Case No. 06-153 (RWR) |
| : | |
| EDWARD KELLY : | |
| : | |
| Defendant. : | |
| _____ : | |

## STIPULATION

The parties in this case, the United States and defendant Edward Kelly, hereby agree and stipulate as follows:

The Glock, 9 mm handgun, bearing serial number AFK510US, admitted as Government's Exhibit __, is a "firearm" for purposes of Count Two [18 U.S.C. § 922(g)] and Count Three [18 U.S.C. § 924(c)] in this case.

The 9 mm bullets, admitted as Government's Exhibit ___, are "ammunition" for purposes of Count Two [18 U.S.C. § 922(g)] in this case.

Respectfully submitted,

_____        _____
Jonathan Jeffress, Esquire                              Edward Kelly
Counsel for Edward Kelly                               Defendant


_____
Perham Gorji
Assistant United States Attorney