UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 06-153 (RWR)** |
| | : | |
| **EDWARD KELLY** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## STIPULATION

The parties in this case, the United States and defendant Edward Kelly, hereby agree and stipulate as follows:

There are no firearm or ammunition manufacturers located within the District of Columbia. Therefore, the firearm seized by law enforcement on September 2, 2004, a Glock, 9 mm handgun, bearing serial number AFK510US, admitted as Government's Exhibit __, and the 9 mm ammunition, entered into evidence as Government's Exhibit ___, were manufactured outside the District of Columbia and were shipped, transported or delivered through interstate or foreign commerce into the District of Columbia at some point prior to September 2, 2004.

Respectfully submitted,

_____     _____
Jonathan Jeffress, Esquire          Edward Kelly
Counsel for Edward Kelly            Defendant


_____
Perham Gorji
Assistant United States Attorney