UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.         : | CRIMINAL NO.  06-153 (RWR) |
| : | |
| EDWARD KENNETH KELLY, JR.  : | |
| : | |
| Defendant.    : | |
| _____ : | |

## NOTICE OF FILING

The government and defense jointly request that the attached Jointly Proposed Voir Dire, Statement of the Case, Jury Instructions, and Verdict Form be made part of the record in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451-058

By: _____
Perham Gorji
Assistant United States Attorney
Delaware Bar No. 3737
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4233
Washington, D.C. 20530
(202) 353-8822


_____
JONATHAN JEFFRESS
Attorney for defendant Edward Kelly
Federal Public Defender
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004