IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Crim. No. 06-153 (RWR) |
| EDWARD KENNETH KELLY, | ) |
| Defendant. | ) |

**FILED**
SEP 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the defendant's Unopposed Motion to Continue Trial, including the Speedy Trial Waiver, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the October 2, 2006 trial date is **VACATED**; and it is further

**ORDERED** that the trial shall commence _October 25, 2006_, 2006 at _9:15_ am/pm. Time through October 25, 2006 shall be excluded under the Speedy Trial Act. I find it in the interests of justice to do so and to grant the continuance. Those interests outweigh the interests of the parties and the public in a speedier trial. The purpose is to permit counsel, given the exercise of due diligence, ample opportunity to continue negotiations for a disposition short of trial.

SO ORDERED.

_/s/ [signature]_
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Jonathan S. Jeffress, AFPD
Perham Gorgi, AUSA