**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

UNITED STATES OF AMERICA,          )
                                   )
            v.                     )        Crim. No. 06-153 (RWR)
                                   )
EDWARD KENNETH KELLY,              )
                                   )
            Defendant.             )
_____)

**DEFENDANT EDWARD K. KELLY'S**
**SECOND UNOPPOSED MOTION TO CONTINUE TRIAL**

Mr. Edward K. Kelly, the defendant, through undersigned counsel, respectfully submits this Second Unopposed Motion Continue Trial.  Mr. Kelly's first Motion to Continue Trial was granted by the Court and the trial in this matter was continued until October 25, 2006.  Regrettably, undersigned counsel had neglected to inform the Court that one of the government's FBI agent witnesses will not be available the weeks of October 23, 2006 and October 30, 2006.  Both counsel therefore respectfully request that the trial be moved to one of the following weeks: the week of November 6, 2006, or the week of November 13, 2006 (the defense prefers the week of November 13th).  As previously noted, the parties anticipate that the trial will last no longer than 3 days.

Mr. Kelly hereby waives any and all time necessary under the Speedy Trial Act for the purposes of the continuance requested in this Motion.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
<u>Counsel for Edward Kenneth Kelly</u>
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500, ex. 134