IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 06-153 (RWR) |
| ) | |
| EDWARD KENNETH KELLY, ) | |
| ) | |
| Defendant. ) | |

FILED

OCT 5 - 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the defendant's Second Unopposed Motion to Continue Trial, including the Speedy Trial Waiver, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the October 25, 2006 trial date is **VACATED**; it is further

**ORDERED** that the trial shall commence _Monday, November 6_, 2006 at _9:30_ am/~~pm~~; and it is further

**ORDERED** that the Court finds that the requested continuance is in the interests of _justice, that those interests outweigh the interests of the parties and the public in a speedier trial,_ ~~justice~~ and that time through the new trial date is accordingly excluded from the Speedy Trial Act, _for the same reasons as appear in the prior Order filed on 9/19/06._

**SO ORDERED.**

_/s/ R.W. Roberts_
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

DATE: 10/4/06

Copies to:
Jonathan S. Jeffress, AFPD
Perham Gorgi, AUSA