IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Crim. No. 06-153 (RWR) |
| | ) |
| EDWARD KENNETH KELLY, | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO CONTINUE TRIAL

Mr. Edward K. Kelly, the defendant, through undersigned counsel, respectfully submits this joint motion to continue the November 6, 2006 trial date in this matter. The parties have negotiated a resolution of this matter and have requested a plea hearing date from Chambers. The parties are hopeful that the plea hearing will occur sometime next week. In an abundance of caution, however, the parties are asking the Court to vacate the November 6 trial date. The parties are making this request so that, in the unexpected event a plea does not go through, the government will have more than one week to prepare for trial. To the extent the Court seeks to reschedule the trial, the parties request a new trial date in early January 2007.

Mr. Kelly hereby waives any and all time necessary under the Speedy Trial Act for the purposes of the continuance requested in this Motion.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
<u>Counsel for Edward Kenneth Kelly</u>
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500, ex. 134

Case 1:06-cr-00153-RWR    Document 35    Filed 10/26/2006    Page 2 of 2