IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) | Crim. No. 06-153 (RWR) |
| **EDWARD KENNETH KELLY,** | ) ) ) | |
| **Defendant.** | ) ) | |

### ORDER

Upon consideration of the Joint Motion to Continue Trial, including the Speedy Trial Waiver, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the November 6, 2006 trial date is **VACATED**; it is further

**ORDERED** that the trial shall commence _____, 2006/2007 at _____ am/pm; and it is further

**ORDERED** that the Court finds that the requested continuance is in the interests of justice and that time through the new trial date is accordingly excluded from the Speedy Trial Act.

**SO ORDERED.**

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Jonathan S. Jeffress, AFPD
Perham Gorgi, AUSA