CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                         )
                         )
        vs.              )    Criminal No. _06- 153 (RWR)_
                         )
    _Edward Kelly_       )
_____        )

CLEX
1

FILED

NOV 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the
approval of the Court, the defendant waives his right to trial
by jury.

_____
        Defendant

_____
    Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
        Judge