UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :     Criminal Case No. 06-153 (RWR) |
| | : |
| EDWARD KELLY | : |
| | : |
| Defendant. | : |
| _____ | : |

**FILED**

NOV 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF OFFENSE

Were the Government to go to trial in the above-captioned case, the Government would prove the following facts beyond a reasonable doubt:

In June 2004, based on information obtained during an ongoing investigation by the Federal Bureau of Investigation ("FBI"), Special Agent Cheyvoryea Gibson of FBI applied for and obtained an order authorizing law enforcement to intercept and record telephone conversations on cellphone number (202) 345-6849, defendant KELLY's telephone, which was subscribed to by his girlfriend, Lenia Cash, at 1526 Potomac Avenue, S.E., Washington, D.C.

As a result of the wire tap, the agents learned that on July 4, 2004, defendant KELLY made an outgoing call to (202) 345-4416, another phone registered to Lenia Cash, which she used personally. During the conversation, defendant KELLY, a convicted felon, told Ms. Cash he wanted his gun. On July 9, 2004, defendant KELLY received a call from his friend Carl Lucas, who joked that he was going to send his dog after the defendant. Defendant KELLY joked in response that he was not afraid of the dog because he (defendant KELLY) would use his 9 mm (handgun) on the dog.

The wire tap concluded on August 28, 2004, and, on September 1, 2004, Special Agent Gibson applied for and obtained warrants to search defendant KELLY's residence at 1526 Potomac Avenue, S.E., Washington, D.C., and his Lincoln Navigator, for evidence and instrumentalities of violations of the laws of the United States, specifically Title 18, Section 922(g).

On September 2, 2004, pursuant to the search warrant, a search was conducted at the basement unit of 1526 Potomac Avenue, S.E., Washington, D.C., and on the defendant's Lincoln Navigator, which was parked outside the residence. Special Agent Carlton Peeples conducted the knock and announce on the basement door at 1526 Potomac Avenue, S.E., and the door was broken through at 6:37 a.m. The individuals present in the small one-bedroom apartment were defendant KELLY and his girlfriend, Lenia Cash. Agents located defendant KELLY's backpack in the living room, which contained two plastic bags that contained a total of 497.1 grams of cocaine hydrochloride. Under the mattress in the adjacent bedroom, approximately 20 feet away from the cocaine, agents found a Glock 9mm handgun, bearing serial number AFK510US. The gun was loaded with 9 mm ammunition. Agents recovered over $46,500 in U.S. currency from inside the apartment, as well as numerous photographs of the defendant and additional documents addressed or belonging to him.

During the search, while defendant KELLY was being escorted to the bathroom, defendant KELLY told agent David Buckel that there was a loaded gun in the bedroom, acknowledging that the firearm was his. Later, at the FBI Office, at approximately 7:35 a.m., the defendant was advised of and waived his rights by reading the FBI "Advice of Rights" form (FD-395) aloud and completing the form by writing his initials by each line and his signature

below. The defendant stated that the gun and drugs found by the agents in the apartment were

his, and that Ms. Cash was not aware of the drugs. He stated he had been consistently residing at

1526 Potomac Avenue, with Ms. Cash, for the past year. According to Ms. Cash, only she and

the defendant had been living or staying at the apartment.


## DEFENDANT'S ACKNOWLEDGMENT

I have read and discussed the Statement of Offense in the above-captioned case, 06-153 (RWR), with my attorney, Jonathan Jeffress, Esquire. I agree, and acknowledge by my signature that the Statement of Offense is true and correct.


Date: _10-31-06_    _Edward Kelly_
  Edward Kenneth Kelly, Jr.
  Defendant


Date: _10/31/06_    _____
  Jonathan Jeffress, Esq.
  Attorney for Defendant Edward Kelly