CT941969A

State of Maryland

VS

Edward Kenneth Kelly, Jr

**CLERK OF THE CIRCUIT COURT**

PRINCE GEORGE'S COUNTY
UPPER MARLBORO, MARYLAND 20772-9987

(301) 952-3318

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

STATE OF MARYLAND
STATE'S ATTORNEY — _W. Deyton_
VS
_Edward Kenneth KELLY_

CASE NUMBER: _CT941969A_
DATE: _05-24-95_
CLERK: _[illegible]_

DEFENSE ATTORNEY — _F. Joseph_

JUDGE _Latharon_ ; _Mrs. Jacobs_ REPORTER

1. _____
2. READINESS CONFERENCE HELD_____
3. JOINT/STATE'S/DEFENDANT'S CONTINUANCE_____
4. RESET FOR DEFINITE MOTIONS/READINESS CONFERENCE:
5. RESET/CONTINUED TO NEW TRIAL DATE_____
6. PLEA REJECTED.
7. MOTIONS WITHDRAWN WITHOUT PREJUDICE.
8. PLEA OF NOT GUILTY WITHDRAWN AND _____ PLEA OF GUILTY ENTERED TO COUNT _____.
   VERDICT GUILTY/COURT ACCEPTS PLEA
9. PRESENTENCE/PRE-PLEA INVESTIGATION ORDERED. SHORT/LONG FORM. SENTENCING DATE: _____ AT 9:30 A.M. BEFORE JUDGE _____.
   BOND TO CONTINUE/REMANDED TO CUSTODY OF SHERIFF PENDING SENTENCING. ALL PARTIES AND ATTORNEYS NOTIFIED.
10. (✓) PRESENTENCE REPORT ~~WAIVED~~/SEALED AND FILED.
11. (✓) SENTENCED TO THE JURISDICTION OF THE DIVISION OF CORRECTION/~~PG COUNTY CORRECTIONAL CENTER~~ AS FOLLOWS:
    COUNT _4_ FOR A PERIOD OF _20_ YEARS _10 YEARS MANDATORY Article 27-Section 286C1_
    COUNT _10_ FOR A PERIOD OF _20_ YRS, ~~_____~~/CONSECUTIVE TO CNT _4_
    COUNT ____ FOR A PERIOD OF ____ YRS, CONCURRENT WITH/CONSECUTIVE TO CNT __
    COUNT ____ PAY A FINE OF $ _____
12. (✓) SENTENCE TO COMMENCE AS OF _May 17, 95_ ( _7_ DAYS CREDIT GIVEN). _As to all given_
13. ALL BUT _____ SUSPENDED AND DEFENDANT IS PLACED ON SUPERVISED/ UNSUPERVISED PROBATION FOR A PERIOD OF _____ UPON RELEASE.
14. SENTENCE TO BE SERVED AT THE COUNTY DETENTION CENTER.
15. SENTENCE TO INCARCERATION IS SUSPENDED AND DEFENDANT IS PLACED ON SUPERVISED/UNSUPERVISED PROBATION FOR A PERIOD OF _____
16. DEFENDANT TO SERVE _____ CONSECUTIVE WEEKENDS IN THE P.G. COUNTY CORRECTIONAL CENTER FROM FRI 6:00 P.M. TO SUN 6:00 P.M. COMMENCING____
17. FURTHER PROCEEDINGS DEFERRED. ENTRY OF JUDGMENT STAYED PURSUANT TO ARTICLE 27, SECTION 641, AND DEFENDANT IS PLACED ON SUPERVISED/ UNSUPERVISED PROBATION FOR A PERIOD OF _All to be paid in 30 days_
18. (✓) COURT COSTS ASSESSED/~~FINE~~ $ _145.00_ ~~PUBLIC DEFENDER FEE~~ .
19. ORDER FOR PROBATION, FILED.
20. (A) STET  (B) NOLLE PROS  (C) JUDGMENT OF ACQUITTAL
    (D) NOT GUILTY  (E) NOLLE PROS REMAINING COUNTS
21. DEFENDANT FAILED TO ANSWER. ORDERED THAT BOND FORFEIT/REVOKED, BENCH WARRANT ISSUE, RETURNABLE TO CIRCUIT COURT ONLY. BOND SET AT $_____.
22. (✓) ANY BENCH WARRANTS ARE RECALLED.
23. COURT RECOMMENDS WORK RELEASE/HOME DETN/JUNCTION BLDG/AWAKENINGS PRGM
24. NOTIFY LICENSING AUTHORITY.
25. RESTITUTION/FINE PAYABLE THRU ADULT RESTITUTION PROGRAM.
26. _____

STATE OF MARYLAND, Prince George's County, to wit:

FILED
DEC 2 1994
CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGES COUNTY,

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY** late of Prince George's County, aforesaid, on or about the 1st day of April, nineteen hundred and ninety-four, through the 12th day of October, nineteen hundred and ninety-four, at Prince George's County aforesaid, was a drug kingpin who conspired with Paul Mondell Kelly, Thomas Pennell Smith, Stephanie Elizabeth Kellogg, Carl nmn Morris, Gregory nmn Outlaw, Carlese nmn Williams, Kim Maurice Cooke, Rod nmn Gardner, Kevin nmn Gardner, Reginald Paul Duckett and Alvin nmn Edon to distribute a controlled dangerous substance, to wit: Cocaine, in the amount of 448 grams or more of a mixture containing a detectable amount of Cocaine, in violation of Article 27, Section 286(G) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Drug kingpin)

### SECOND COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY** and **THOMAS PENNELL SMITH** late of Prince George's County, aforesaid, on or about the 14th day of September, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully distribute a certain controlled dangerous substance, to wit: Cocaine, in the amount of 448 grams or more of a mixture containing a detectable amount, in violation of Article 27, Section 286(f)(1)(ii) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Distribution of CDS)

941969 A. ~~E. Kelly~~
941969 B. P. Kelly
941969 C. Smith
941969 D. Kellogg
941969 E. Morris
941969 F. Outlaw
941969 G. Williams
941969 H. Cooke
941969 I. R. Gardner
941969 J. K. Gardner
941969 K. Duckett
941969 L. Edon

### THIRD COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY** and **THOMAS PENNELL SMITH** late of Prince George's County, aforesaid, on or about the 14th day of September, nineteen hundred and ninety-four, at Prince George's County aforesaid, unlawfully did possess a certain controlled dangerous substance, to wit: Cocaine, in the amount of 448 grams or more of a mixture containing a detectable amount, in sufficient quantity to reasonably indicate under all circumstances an intent to distribute the said controlled dangerous substance, in violation of Article 27, Section 286(f)(1)(ii) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Possession of CDS w/intent to distribute)

### FOURTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY** and **THOMAS PENNELL SMITH** late of Prince George's County, aforesaid, on or about the 14th day of September, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully distribute a certain controlled dangerous substance, to wit: Cocaine, in violation of Article 27, Section 286(a)(1) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Distribution of CDS)

### FIFTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY** and **THOMAS PENNELL SMITH** late of Prince George's County, aforesaid, on or about the 14th day of September, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully have in their possession a certain controlled dangerous substance, to wit: Cocaine, in sufficient quantity to reasonably indicate under all circumstances an intent to distribute the said controlled dangerous substance, in violation of Article 27, Section 286(a)(1) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Possession of CDS w/intent to distribute)

### SIXTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY and THOMAS PENNELL SMITH** late of Prince George's County, aforesaid, on or about the 14th day of September, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully have in their possession a certain controlled dangerous substance, to wit: Cocaine, in violation of Article 27, Section 287(a) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Possession of CDS)



### SEVENTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY and THOMAS PENNELL SMITH** late of Prince George's County, aforesaid, on or about the 27th day of September, nineteen hundred and ninety-four, at Prince George's County aforesaid, unlawfully did possess a certain controlled dangerous substance, to wit: Cocaine base, commonly referred to as Crack, in the amount of 50 grams or more in sufficient quantity to reasonably indicate under all circumstances an intent to distribute the said controlled dangerous substance, in violation of Article 27, Section 286(f)(1)(iii) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Possession of CDS w/intent to distribute)

### EIGHTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY and THOMAS PENNELL SMITH** late of Prince George's County, aforesaid, on or about the 27th day of September, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully have in their possession a certain controlled dangerous substance, to wit: Cocaine, in sufficient quantity to reasonably indicate under all circumstances an intent to distribute the said controlled dangerous substance, in violation of Article 27, Section 286(a)(1) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Possession of CDS w/intent to distribute)

### NINTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY** and **THOMAS PENNELL SMITH** late of Prince George's County, aforesaid, on or about the 27th day of September, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully have in their possession a certain controlled dangerous substance, to wit: Cocaine, in violation of Article 27, Section 287(a) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Possession of CDS)

### TENTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY, THOMAS PENNELL SMITH, STEPHANIE ELIZABETH KELLOGG** and **CARL RUSSELL MORRIS** late of Prince George's County, aforesaid, on or about the 1st day of April, nineteen hundred and ninety-four, through the 12th day of October, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully conspire each with the other and with others known and unknown to the State to violate Article 27, Section 286A of the Annotated Code of Maryland, 1957 edition, as amended, to wit: to bring into this State, aforesaid, twenty-eight (28) grams or more of Cocaine, in violation of the Common Law of Maryland, and against the peace, government and dignity of the State. (Conspiracy to import Cocaine)

### ELEVENTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY, THOMAS PENNELL SMITH, STEPHANIE ELIZABETH KELLOGG, CARL RUSSELL MORRIS, GREGORY NMN OUTLAW, CARLESE NMN WILLIAMS, KIM MAURICE COOKE, ROD NMN GARDNER, KEVIN NMN GARDNER, REGINALD PAUL DUCKETT** and **ALVIN NMN EDON** late of Prince George's County, aforesaid, on or about the 1st day of April, nineteen hundred and ninety-four, through the 12th day of October, nineteen hundred and ninety-four, at Prince George's County aforesaid, unlawfully conspire each with the other and with others known and unknown to the State to distribute a certain controlled dangerous substance, to wit: in the amount of 448 grams or more of a mixture containing a detectable amount of Cocaine, in violation of Article 27, Section 286(f)(1)(ii) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Distribution of CDS)

### TWELFTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY, THOMAS PENNELL SMITH, STEPHANIE ELIZABETH KELLOGG, CARL RUSSELL MORRIS, GREGORY NMN OUTLAW, CARLESE NMN WILLIAMS, KIM MAURICE COOKE, ROD NMN GARDNER, KEVIN NMN GARDNER, REGINALD PAUL DUCKETT and ALVIN NMN EDON** late of Prince George's County, aforesaid, on or about the 1st day of April, nineteen hundred and ninety-four, through the 12th day of October, nineteen hundred and ninety-four, at Prince George's County aforesaid, conspired each with the other and with others known and unknown to the State to violate the controlled dangerous substances law of the State of Maryland with respect to the unlawful distribution of a certain controlled dangerous substance, to wit: Cocaine, in violation of the Common Law of Maryland, and against the peace, government and dignity of the State. (Conspiracy to distribute CDS)

### THIRTEENTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY** and **ALVIN NMN EDON** late of Prince George's County, aforesaid, on or about the 1st day of July, nineteen hundred and ninety, through the 12th day of October, nineteen hundred and ninety four, at Prince George's County aforesaid, conspired each with the other and with others known and unknown to the State to violate the controlled dangerous substances law of the State of Maryland with respect to the unlawful distribution of a certain controlled dangerous substance, to wit: Cocaine, in violation of the Common Law of Maryland, and against the peace, government and dignity of the State. (Conspiracy to distribute CDS)

### FOURTEENTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY, THOMAS PENNELL SMITH, KIM MAURICE COOKE, ROD NMN GARDNER, KEVIN NMN GARDNER** and **ALVIN NMN EDON** late of Prince George's County, aforesaid, on or about the 12th day of October, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully use a firearm during and in relation to a drug trafficking crime, in violation of Article 27, Section 281A(b) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Use a firearm during drug trafficking)

### FIFTEENTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY, THOMAS PENNELL SMITH, KIM MAURICE COOKE, ROD NMN GARDNER, KEVIN NMN GARDNER** and **ALVIN NMN EDON** late of Prince George's County, aforesaid, on or about the 12th day of October, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully wear a firearm during and in relation to a drug trafficking crime, in violation of Article 27, Section 281A(b) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Wear a firearm during drug trafficking)

### SIXTEENTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY, THOMAS PENNELL SMITH, KIM MAURICE COOKE, ROD NMN GARDNER, KEVIN NMN GARDNER** and **ALVIN NMN EDON** late of Prince George's County, aforesaid, on or about the 12th day of October, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully transport a firearm during and in relation to a drug trafficking crime, in violation of Article 27, Section 281A(b) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Transport a firearm during drug trafficking)

### SEVENTEENTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY** and **THOMAS PENNELL SMITH** late of Prince George's County, aforesaid, on or about the 12th day of October, nineteen hundred and ninety-four, at Prince George's County aforesaid did unlawfully transport a handgun in a vehicle traveling upon the public roads in the State of Maryland, in violation of Article 27, Section 36B(b) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Transport a handgun)

### EIGHTEENTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY, STEPHANIE ELIZABETH KELLOGG** and **ALVIN NMN EDON** late of Prince George's County, aforesaid, on or about the 12th day of October, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully have in their possession a certain controlled dangerous substance, to wit: Cocaine, in sufficient quantity to reasonably indicate under all circumstances an intent to distribute the said controlled dangerous substance, in violation of Article 27, Section 286(a)(1) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Possession of CDS w/intent to distribute)

### NINETEENTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY, STEPHANIE ELIZABETH KELLOGG** and **ALVIN NMN EDON** late of Prince George's County, aforesaid, on or about the 12th day of October, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully have in their possession a certain controlled dangerous substance, to wit: Cocaine, in violation of Article 27, Section 287(a) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Possession of CDS)

### TWENTIETH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY, STEPHANIE ELIZABETH KELLOGG and ALVIN NMN EDON** late of Prince George's County, aforesaid, on or about the 12th day of October, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully have in their possession a certain controlled dangerous substance, to wit: Marihuana, in violation of Article 27, Section 287(a) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Possession of CDS)

### TWENTY-FIRST COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY, GREGORY NMN OUTLAW and CARLESE NMN WILLIAMS** late of Prince George's County, aforesaid, on or about the 12th day of October, nineteen hundred and ninety-four, at Prince George's County aforesaid, unlawfully did possess a certain controlled dangerous substance, to wit: Cocaine base, commonly referred to as Crack, in the amount of 50 grams or more in sufficient quantity to reasonably indicate under all circumstances an intent to distribute the said controlled dangerous substance, in violation of Article 27, Section 286(f)(1)(iii) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Possession of CDS w/intent to distribute)

### TWENTY-SECOND COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY, GREGORY NMN OUTLAW and CARLESE NMN WILLIAMS** late of Prince George's County, aforesaid, on or about the 12th day of October, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully have in their possession a certain controlled dangerous substance, to wit: Cocaine, in sufficient quantity to reasonably indicate under all circumstances an intent to distribute the said controlled dangerous substance, in violation of Article 27, Section 286(a)(1) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Possession of CDS w/intent to distribute)



### TWENTY-THIRD COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY, GREGORY NMN OUTLAW** and **CARLESE NMN WILLIAMS** late of Prince George's County, aforesaid, on or about the 12th day of October, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully have in their possession a certain controlled dangerous substance, to wit: Cocaine, in violation of Article 27, Section 287(a) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Possession of CDS)

### TWENTY-FOURTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY, GREGORY NMN OUTLAW** and **CARLESE NMN WILLIAMS** late of Prince George's County, aforesaid, on or about the 12th day of October, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully have in their possession a certain controlled dangerous substance, to wit: Heroin, in the amount of 28 grams or more of morphine or opium or any derivative, salt, isomer, or salt of an isomer of morhine or opium, in sufficient quantity to reasonably indicate under all circumstances an intent to distribute the said controlled dangerous substance, in violation of Article 27, Section 286(f)(1)(iv) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Possession of CDS w/intent to distribute)

### TWENTY-FIFTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY, GREGORY NMN OUTLAW** and **CARLESE NMN WILLIAMS** late of Prince George's County, aforesaid, on or about the 12th day of October, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully have in their possession a certain controlled dangerous substance, to wit: Heroin, in sufficient quantity to reasonably indicate under all circumstances an intent to distribute the said controlled dangerous substance, in violation of Article 27, Section 286(a)(1) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Possession of CDS w/intent to distribute)

### TWENTY-SIXTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY, GREGORY NMN OUTLAW** and **CARLESE NMN WILLIAMS** late of Prince George's County, aforesaid, on or about the 12th day of October, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully have in their possession a certain controlled dangerous substance, to wit: Heroin, in violation of Article 27, Section 287(a) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Possession of CDS)

### TWENTY-SEVENTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY, KIM MAURICE COOKE, ROD NMN GARDNER** and **KEVIN NMN GARDNER** late of Prince George's County, aforesaid, on or about the 12th day of October, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully have in their possession a certain controlled dangerous substance, to wit: Cocaine, in sufficient quantity to reasonably indicate under all circumstances an intent to distribute the said controlled dangerous substance, in violation of Article 27, Section 286(a)(1) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Possession of CDS w/intent to distribute)

### TWENTY-EIGHTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY, KIM MAURICE COOKE, ROD NMN GARDNER** and **KEVIN NMN GARDNER** late of Prince George's County, aforesaid, on or about the 12th day of October, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully have in their possession a certain controlled dangerous substance, to wit: Cocaine, in violation of Article 27, Section 287(a) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Possession of CDS)

**TWENTY-NINTH COUNT**

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY, KIM MAURICE COOKE, ROD NMN GARDNER and KEVIN NMN GARDNER** late of Prince George's County, aforesaid, on or about the 12th day of October, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully have in their possession a certain controlled dangerous substance, to wit: Marihuana, in sufficient quantity to reasonably indicate under all circumstances an intent to distribute the said controlled dangerous substance, in violation of Article 27, Section 286(a)(1) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Possession of CDS w/intent to distribute)

**THIRTIETH COUNT**

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **EDWARD KENNETH KELLY, PAUL MONDELL KELLY, KIM MAURICE COOKE, ROD NMN GARDNER and KEVIN NMN GARDNER** late of Prince George's County, aforesaid, on or about the 12th day of October, nineteen hundred and ninety-four, at Prince George's County aforesaid, did unlawfully have in their possession a certain controlled dangerous substance, to wit: Marihuana, in violation of Article 27, Section 287(a) of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. (Possession of CDS)

_____
Assistant State's Attorney for
Prince George's County, Maryland

CASE NO: _____CT941969A_____

STATE OF MARYLAND
PRINCE GEORGE'S COUNTY, TO WIT:

I HEREBY CERTIFY THAT the foregoing is a true copy of the docket entries in the above entitled case in the Circuit Court for Prince George's County, Maryland.

IN TESTIMONY WHEREOF, I hereto set my hand and affix the seal of the Circuit Court for Prince George's County, Maryland, this __2nd__ day of __June__, 20__06__.

Rosalyn E. Pugh, Clerk