IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | Crim. No. 06-153 (RWR) |
| | ) | |
| **EDWARD KENNETH KELLY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>DEFENDANT EDWARD K. KELLY'S NOTICE OF FILING</u>**

Attached hereto is Exhibit A of Mr. Kelly's Motion to Convert Sentencing Hearing Into Status Date. The Exhibit was inadvertently omitted from Mr. Kelly's filing.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
<u>Counsel for Edward Kenneth Kelly</u>
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500, ex. 134