```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :    CR No. 06-153
                            :    October 31, 2006
         Plaintiff,         :
                            :    3:30 p.m.
    v.                      :
                            :    Washington, DC
EDWARD KENNETH KELLY, JR.,  :
         Defendant.         :
............................:
```

### VOLUME 1
### TRANSCRIPT OF GUILTY PLEA
### BEFORE THE HONORABLE RICHARD W. ROBERTS
### UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:       PERHAM GORJI, AUSA
                         U.S. ATTORNEY'S OFFICE
                         555 Fourth Street, NW
                         Room 4233
                         Washington,, DC  20530
                         (202) 353-8822

For the Defendant:       JONATHAN JEFFRESS, AFPD
                         FEDERAL PUBLIC DEFENDER
                         625 Indiana Avenue, NW
                         Suite 550
                         Washington, DC  20004
                         (202) 208-7500

Court Reporter:          EDWARD HAWKINS, RMR
                         Official Court Reporter
                         Room 6806, U.S. Courthouse
                         Washington, D.C. 20001
                         (202) 354-3245

Proceedings reported by machine shorthand, transcript produced by computer-aided transcription



4

```
 1  EDWARD KENNETH KELLY, JR., Defendant, SWORN
 2         MR. JEFFRESS:  Your Honor, before we begin the
 3  colloquy, if I could just say two things.
 4         One is that I think we feel strongly that this is not
 5  a -- what you call a fair plea offer.  I think this is a
 6  legally-cognizable plea that we'll go through.  But these are
 7  ultimately sentencing issues, and of course the government and I
 8  will fully brief the court on the issues prior to sentencing.
 9         But this is a very unusual plea I think in that the
10  government is making Mr. Kelly in order, either to go to trial,
11  Mr. Kelly did not want to force the court and himself, the
12  government, or his family through -- or else take this plea deal
13  which is a 924(c) and five years of mandatory time plus a drug
14  count.  And it's an unusual plea in that respect.
15         But after discussing with Mr. Kelly, we feel these are
16  ultimate ultimately sentencing issues that we will raise with
17  the court prior to the time of sentencing.
18         Your Honor, the second thing is, although this is not
19  an obligation of the government, the prosecutor here today, the
20  prosecution in Maryland involving Mr. Kelly's probation --
21  violation of probation charge, has agreed that if Mr. Kelly goes
22  through with this plea today, they will withdraw -- or dismiss
23  his violation of probation or else agree to time served.
24         There's a letter memorializing the agreement from
25  Mr. Kelly's Maryland attorney, Larry Nathans, to the prosecutor
```