UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

V.                              : Cr.No 06-153 (RWR)

EDWARD KENNETH KELLY, JR.       :

**ENTRY OF APPEARANCE**

Please enter my appearance as independent counsel for the Defendant, EDWARD KENNETH KELLY, JR. in the above captioned case.

_____
Thomas Abbenante #227934
1919 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
202-223-6539
Fax. No. 202-452-0067
Email Address: tabbenante@aol.com