UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :

            v.                      : CR-06-0153(RWR)

EDWARD KENNETH KELLY, JR.           :

            Defendant               :

## STATUS REPORT

Comes Now counsel, Thomas Abbenante, who was appointed by this Court to review the plea agreement in this case and to advise the defendant and to file a status report in matter.

1. Counsel has reviewed the plea agreement entered into between the defendant and the United States, the Presentence investigation report, relevant discovery provided to the defendant and his counsel and has conferred with the defendant on two occasions. In addition, counsel has conferred with defendant's counsel Jonathan Jeffress, Esquire and Assistant United States Attorney Perham Gorji.

2. After a review of the plea agreement and the applicable case law with the

defendant, Edward K. Kelly, Jr., Mr. Kelly has authorized counsel to represent to the Court that he is prepared to proceed with sentencing in this matter. He understands that the advisory sentencing guideline range in his case is 46 to 57 months with a consecutive sentence on Count 3 of at least 60 months. He understands that his plea agreement does not allow his counsel to argue for a sentence below the low end of the guideline range except to the extent that it credits him for time he served in federal custody in his Maryland conspiracy case. However, he is aware that this court can sentence him above or below the applicable guideline range. Counsel has also reviewed the applicable case law concerning double jeopardy and concurs with both counsel that the United States was not barred from prosecuting Mr. Kelly in the District of Columbia for the offenses to which he entered the pleas in this case.

    3. Mr. Kelly requests that his sentencing be set for a date as soon as possible.

Respectfully submitted,

Thomas Abbenante #227934
1919 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
202-223-6539