Case 1:06-cr-00153-RWR   Document 48-2   Filed 02/09/2007   Page 1 of 2
05/16/2006 10:04 FAX 3012444516   US Attorney MD   ☒002/003
Case 1:06-cr-00153-RWR   Document 9-2 *SEALED*   Filed 06/21/2006   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA   *

vs.   *   Case No. 06-2166 JKS

EDWARD K. KELLY, JR.   *

*******

### ORDER OF DETENTION (18 U.S.C. § 3142)

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I have concluded that the following facts require the detention of the defendant pending the trial of this case.

PART I: FINDINGS OF FACT

☒ (1) This is a case in which the [government may properly seek detention] or [the court may consider ordering detention sua sponte].

☒ (2) The defendant is charged under: _Possession with intent to distribute 497.7 grams of powder cocaine   21 U.S.C. 841 (a)(1)(c)_

☒ (3) The maximum term of imprisonment, if convicted, is: _20 years_

☒ (4) Based on the government's [proffer] [evidence] there is probable cause to believe that the defendant committed the offense(s) charged.   _affidavit in support of criminal complaint_
  ☒ The government is entitled to a presumption under § 3142 (e) [describe in Part II].
  ☒ The defendant has failed to rebut this presumption [as to flight risk] or [as to danger].

☐ (5) I find, by a preponderance of the evidence, from the information produced at the hearing that there is a serious risk that the defendant will not appear.

☒ (6) I find, by clear and convincing evidence, from the information produced at the hearing that the defendant poses a risk to the safety of other persons and the community.

☒ (7) I find by clear and convincing evidence that there is no condition or combination of conditions which will reasonably assure [the defendant's presence at trial or as otherwise required] [community safety].

PART II: WRITTEN STATEMENT OF ADDITIONAL REASONS FOR DETENTION

1) 41 year old native of Washington D.C.; 2) 2 children (ages 12 and 11), mother and 4 siblings all reside in Washington D.C. Metropolitan; 3) strong community ties; 4) prior criminal convictions: 10/94 - P.G. Co. - distribution of CDS; intent CDS - served 7 years - released on 1/4/02 on 5 years probation; 4/05 - P.G. Co - distribution of CDS - 6 months imprisonment; 5) good health; 6) no income, assets or liabilities; 7) unemployed - incarcerated for past 1½ years; 8) no criminal family; 3 prior FTAs; 9) caregiver on _____

The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the US Marshal shall deliver the defendant for the purpose of an appearance in connection with a court proceeding.

_May 12, 2006_   _William Connolly_
Date                                                William Connolly
                                                    UNITED STATES MAGISTRATE JUDGE

U.S. District Court (4/2000) Criminal Magistrate Forms Detention 101

PROBATION AT TIME OF ALLEGED OFFENSE; 10) AFFIDAVIT IN SUPPORT OF COMPLAINT STATES THAT 491.7 GRAMS OF POWDER COCAINE, $47,000 AND LOADED GLOCK 9 mm SEMI-AUTOMATIC HANDGUN RECOVERED IN APARTMENT WHERE KELLY WAS PRESENT. MR KELLY STATED HE WOULD TAKE RESPONSIBILITY FOR ITEMS SEIZED. 11) EVIDENCE APPEARS STRONG; 12) THIRD PARTY CUSTODIAN - LEWIS CASH - UNSUITABLE AND AVAILABLE; HAS AVAILABLE TWO BELANGES - RAYMOND D. ELLIOTT AND FRANCES L. KELLY WILLING TO POST EQUITY IN THEIR HOME; HAS EMPLOYMENT AVAILABLE AS A DRIVER WITH EAGLE VAN LINES; MS. ELLIOTT IS A SUITABLE THIRD PARTY CUSTODIAN. 13) INHERENT FAIRNESS ISSUE UNRESOLVED BY USDC MARYLAND AND LEFT TO USDC (D.C.) USDC (DC) MAY WISH TO REVISIT DETENTION ISSUE;