5/12/06

To whom this may concern;

This is to certify that I, Raymond D Elliott am willing to put up my home at 1414 Opus Ave Capitol Heights Maryland 20743, Valued at 289,000 as of 1-17-2006. The Equity Line of credit on my home was $96,000.

My Home Loan Number is 029033864, under Countrywide Home Loans. There phone number is 1-800-669-6607 if you need to verify anything.

I am willing to use my home for the release of my Brother-in-Law Edward Kenneth Kelly Jr.

My Wife Veronica Lynnett Elliott, Edward's sister has the authority to sign any documents in my behave.

If you need any additional information you can contact me at 240-223-7500 cell.

Raymond D. Elliott

Raymond D Elliott

To whom it may concern:

This is to certify that I, Frances L. Kelly, am willing to put up my home at 3405 Glenn Drive, Suitland, MD 20746, valued at $127,000. As of April 4 2006, the Equity Line of Credit on my home was $66,562.

My Home Loan number is 022405806, under Countrywide Home Loan, their phone # is 1-800-669-6607 if you need to verify anything.

I am willing to use my home for the release of my son Edward Kenneth Kelly, Jr.

If you need any additional information, you can reach me at 301-967-1346 Home, or 202-412-0093 Cell.

Thanking you in advance for your assistance in this matter.

Frances L. Kelly