10/21/02  MON 10:02 FAX                                                  ☒002

# Maryland High School Diploma

This is to certify that EDWARD K. KELLY has completed in a satisfactory manner the requirements of the State Board of Education for graduation from High School and is therefore awarded this

## Diploma

In Testimony whereof, the signatures of the President of the State Board of Education and the State Superintendent of Schools are hereunto affixed.

Given at Baltimore, Maryland, DECEMBER 21, 1956

*Walter Sondheim Jr.*                                 *[signature]*
President State Board of Education        State Superintendent of Schools

05/16/2006  23:09   3016501789   AILEEN OLIVER   PAGE 10