

5041 Beech Place, Temple Hills, MD 20748
Tel  301-899-2022   800-476-4080
Fax  240-695-9600
www.eaglevanlines.com

March 28, 2006

To Whom It May Concern:

Edward Kenneth Kelly began his employment with Eagle Van Lines on July 29, 2002 as a warehouseman. Mr. Kelly was a quick learner and carried out his duties with skill. His demonstrated abilities did not require him to be micro-manage but gained him autonomy. He was always punctual often arriving at the office before most other staff and ready to tackle his duties without requiring any guidance or external motivation.

Mr. Kelly continued his employment with Eagle Van Lines without any problems. Since his departure, we have not identified a candidate nearing his skill level and sense of responsibility. I would welcome the chance to offer him a position within the company should the future be kind enough to present another such opportunity. He remains as one of the best workers that Eagle Van Lines has ever employed in such a capacity. In addition to his employment being marked by outstanding service, Mr. Kelly's personal conduct exemplified the professional standards that our staff is required to maintain.

Sincerely,

Anthony Williams
Contract Administrator

