```
FILE NUMBER:        166E-WF-214341
DATE:               JULY 3, 2004
TIME:               11:25 P.M.
TARGET NUMBER:      202-345-6849
SESSION:            883
SUBJECT:            LENIA CASH
DIRECTION:          OUTGOING CALL TO 202-345-4416
SUBSCRIBER:         LENIA CASH
```

EDWARD KENNY KELLY:    (KELLY)
LENIA CASH:            (CASH)

**(OFF HOOK CONVERSATION)**

KELLY: I don't even know man, we don't even club man. We work, hard, come in, chill, and that's it. That's it slim.

CASH: Hello, hello, hello.

KELLY: (Whispering) Unlock the door, but don't open it.

CASH: Huh?

**(OFF HOOK CONVERSATION)**

KELLY: Naw, we cool dawg. Enjoy the holidays

CASH: Hello.

KELLY: Alright.

**END TRANSCRIPT**

GOVT'S EXHIBIT NO. __K-TR3__
CASE NO. AW 04-0559
IDENTIFICATION:_____
ADMITTED:_____

| | |
|---|---|
| FILE NUMBER: | 166E-WF-214341 |
| DATE: | JULY 3, 2004 |
| TIME: | 11:26 P.M. |
| TARGET NUMBER: | 202-345-6849 |
| SESSION: | 884 |
| SUBJECT: | LENIA CASH |
| DIRECTION: | OUTGOING CALL TO 202-345-4416 |
| SUBSCRIBER: | LENIA CASH |

| | |
|---|---|
| EDWARD KENNY KELLY: | (KELLY) |
| LENIA CASH: | (CASH) |

CASH:   Hello.

KELLY:  Hey, go ahead and lock the door back. Get your friend from under the pillow, that one already ready to go. Put the other one back on the couch. I'll be back in a minute.

CASH:   Alright.

**END TRANSCRIPT**

GOVT'S EXHIBIT NO. K-TR4
CASE NO. AW 04-0559
IDENTIFICATION:_____
ADMITTED:_____