IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 06-153 (RWR) |
| ) | |
| EDWARD KENNETH KELLY, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT EDWARD K. KELLY'S NOTICE OF FILING

Mr. Edward K. Kelly, the defendant, through undersigned counsel, respectfully submits the attached character letters in anticipation of Mr. Kelly's sentencing scheduled for February 23, 2007, at 12:15 p.m.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
Counsel for Edward Kenneth Kelly
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500, ex. 134