To the Honorable Judge Roberts

My name is Lenia Cash and I have known Mr. Edward Kelly for over 13 years. I am writing this letter in the hopes that Mr. Kelly's true character will be taken into consideration when decisions are made about his future. In the years that I have come to know Edward Kelly, I have developed a relationship with him and have found him to be an honest, trustworthy, reliable and peaceful man. I can say with all honesty that he is a man of integrity, who has proven to be extremely devoted to his family, friends and his work. Throughout the years, he has always been dependable and efficient in all aspects of his work. His supervisor and co-workers have described him as a hard-driving individual who is always eager to achieve greatness while always taking time to offer a helping hand.

As a father, Edward has been in his children's lives from the beginning, providing for them to the best of his ability.
Edward spends quality time with his children and the children of other family members and friends teaching them and talking to them about how to avoid possible pitfalls in life. He has used his mistakes as motivation to better his life and the lives of those around him. He is especially gifted with using his experiences as a tool to mentor young people and to try to steer them away from a life of corruption. He always encourages others to take the high road and to do good things.

As a man, Edward stands out in the crowd and although he has made mistakes with his life, as we all do, Edward "Kenny" Kelly is a diamond in the rough.
He is such an affectionate and caring person that people are naturally drawn to him. His natural leadership abilities and enormous strength as a man draws others to him as well. He is a born leader.
It is my faithful and honest opinion that Mr. Kelly can and will if given the opportunity; make an important contribution to society in the areas of mentoring youngsters and helping others if he is afforded the opportunity. There's no doubt in my mind that he has learned and grown from his mistakes and will be forever grateful for another chance to prove to himself and others that he can lead an honest, respectable and successful life.

I sincerely appreciate you taking the time and consideration to read this letter and pray that you take in my words into careful and compassionate consideration.

Yours faithfully

Lenia Cash