February 12, 2007

To Whom It May Concern:

Kenny Kelly is a down-to-earth individual with a kind heart. He has excellent morals and often cites the **Bible**, as he is a deeply religious person. He told me if I ever have any problems with my marriage to read Corinthians 7:1-13, which has helped me more than he knows.

When he and my husband first met, they were immediately friends. When we were struggling and between jobs, he was always supportive and optimistic, saying pleasant things to cheer us up.

Thank you for your time,


Monica Augburn