February 12, 2007

Dear Honorable Judge Roberts,

My name is Tanya High, and I would like for you to accept this character reference for Edward Kenneth Kelly (Kenny). I have known Kenny for almost 25 years and consider him my brother in Christ. I grew up around Kenny and have watch him grown into the man he is today. As an older brother figure in my life, he has showed and helped me understand the values in life. I consider him to be a person that has high expectations and expect the same of his true friends. He has always been a reliable, trustworthy, respectful person. I truly miss having him around as my true friend.

Everyone has their time when they are steered off of the path they should follow, and Kenny has had his turn, as I repeat, we all do. Kenny has become a very dependable, faithful, committed father to his two daughters and family. He has proven in the past to be hardworking individual during his previous employment. He sets his goals high and will work hard to meet them. A leader is how I would describe Kenny, never a follower and as a grown man, he could be considered a good role model. I believe that if given a chance he would continue to uphold a life that involves a very positive surrounding and future.

I appreciated you taking the time to read my character reference, and hope this help you understand the kind of person Kenny is.

Thank you,

Tanya High