To the Honorable Judge Roberts

My name is Pamela Lucas and I am writing this letter on behalf of my dear friend, Edward "Uncle Kenny" Kelly. I was introduced to Mr. Kelly twenty years ago by my husband. It is with genuine hopefulness that you are able to see beyond his past mistakes and consider the true measure of this wonderful man when decisions are made for his fate.

Over the years I have come to recognize and admire Mr. Kelly as one of the most genuine and sincere individuals I've ever known. He is caring and understanding, always lending himself to help out others in any way he can and without hesitation.

He has always been very devoted to his children, family and friends.
People are naturally drawn to him because of his magnetic personality. I have two teenagers that he has personally mentored using his personal experiences and hardships as examples to help them to steer clear of detrimental situations. My kids look to him for advice and comforting as do many other people I know. He always offers healthy, spiritual guidance to anyone that is willing to listen.
I have witnessed him on many occasions mentoring to young people trying to help them to make good healthy decisions for their lives. Many of my kid's friends still ask us how to contact him for advice and guidance. He has a natural ability to guide young people and can be very instrumental in helping them to avoid making unhealthy decisions for their lives.

When my marriage was in trouble, he personally stepped in and offered his helpful advice. Needless to say, my husband and I are happy, healthy and still growing as a family and are happy to tell anyone how much of a champion Edward Kelly has been to our family, being there to see us through some very difficult times.
This is not unusual for him; he will do this for anyone that crosses is path. Mr. Kelly is a peaceful and loving human being with great spiritual and moral values and I truly believe that he has something wonderful to contribute to society if given the opportunity.

I recognize that Mr. Kelly has made mistakes in his life, but with all honesty and sincerity, I can truthfully say that this man has learned from them and can use them to make a powerful impact on the lives of many, young and old if only given the opportunity. I know that he is truly sorry for his past transgressions and would relish the opportunity to right his wrongs by giving back to society in the ways that he knows how.

With all due respect I sincerely hope that you carefully consider my words and have leniency on this wonderful man.

Thank you for your time and consideration to my letter.

Sincerely

Pamela D. Lucas