IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 06-153 (RWR) |
| ) | |
| EDWARD KENNETH KELLY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT EDWARD K. KELLY'S SECOND NOTICE OF FILING**

Mr. Edward K. Kelly, the defendant, through undersigned counsel, respectfully submits the additional attached character letters in anticipation of Mr. Kelly's sentencing scheduled for February 23, 2007, at 12:15 p.m.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
<u>Counsel for Edward Kenneth Kelly</u>
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500, ex. 134