Tuesday, February 12, 2007

To the Honorable Judge Roberts:

Re: Character Reference – Edward "Kenny" Kelly

The purpose of this is to provide a character reference for Mr. Edward Kelly whom I have known for a period of 27 years.

I was first introduced to Kenny by my daughter. As we were introduced, I knew then that this was a friend that would be a part of our family for life. I have gotten to know Kenny very well over the past 27 years as being a good friend of my daughter's and mine, and I believe this puts me in a position to provide you with a pretty accurate assessment of his character.

As a friend, Kenny is good companion and buddy. I believe that his close association with our family will attest to that fact. In addition, he was quite involved with his own family (mother, siblings, and children). In fact, I have participated with him in various family functions over the years. Outgoing, and always willing to help someone out, Kenny is considered a good friend.

As a friend in deed, Kenny is a standout. He is a considerate and supportive individual who has the ability to see and understand things from another person's perspective. When my 75 year old mother, who lives in her own apartment, was sick, fell in her apartment, and couldn't get up, we didn't even have to ask Kenny to be there. He came right over, stayed with the family while the ambulance took her to the hospital, accompanied us to the hospital, waited hours until she was admitted, and continued to visit the hospital daily until her release. He would always keep in contact with her.

To tell the truth, I really can't think of anything negative to say about Edward 'Kenny' Kelly as a buddy, chum, friend, assistant, comrade, and companion,

Sincerely,

Doretha High