To Whom It May Concern:

I would like to submit a character letter on behalf of Edward Kenneth Kelly.  Although I find this task to be an honor, I also see it as a challenge as this man is one of my best friends and yet he is a great father.

If I had to sum Edward up in one word, that word would be 'meek'.  I dare not lie and say that Edward was a good boy, and yet at his age even a good man.  But, amongst the many things I can say about Edward, I will say that a change has taken place in his life.  Yes, one would even say that a transformation has occurred.  I often say  that "Action speaks louder than words".  In other words talk is cheap.

Well, how do I prove to the person reading this letter that Edward has changed, when the person reading this letter either knows very little about this man, or doesn't know him at all.  The answer is…I can't.  However, I will say that I am an eye witness to the changes made in Edwards life.  And hopefully, this will convince you.

With that being said, I am an eyewitness of the fact that Edward has changed; I am an eyewitness of the fact that Edward has done his part to withdraw from the temptation of wrongdoing.  I am an eyewitness of the fact that change has become his number one focus.  I am also an eyewitness of the fact that 'family' is more important than breaking the law.  I have witnessed the spiritual elevation in Edwards's life.  He is not just a man on the inside, but he is also a father and a teacher.

Realizing Edward is the culprit of his own issues in life.  I must say that whatever hiccups that came upon him, it seem like it was the attitude of honesty that bought him out.

Whatever, the reason this letter is being asked, It is my prayer that you not look back at Edwards past, but that you praise and congratulate him for not falling victim to the woes of society again.


Respectfully submitted,

Paris London

Case 1:06-cr-00153-RWR    Document 50-3    Filed 02/20/2007    Page 2 of 2