01/20/2007

To whom this may concern,

My name is Ray'Shawn Elliott, I am writing this letter to you in hopes that you will see Edward Kelly as the person that I have come to know and love. In a few short words I would like to describe who my uncle is. I will not make excuses as excuses are monuments of the weak, however I will say that no one is perfect. God made each individual unique. My uncle is unique in that he is the only family member that can bring and keep our family together. My uncle has this magnetic characteristic which demands attention and cooperation. Families today can be spread so thin, only coming together on sad occasions such as death in the family, or severe illness, however my uncle can bring us all together over a simple dinner. No one knows how he does it, it just happens, its just my uncle.

My uncle and I have a unique relationship, he has always been there to tell me "its going to be okay, keep trying, or you can do it" even when those were the very words he needed to hear himself. My uncle is selfless and has through his determination and actions have shown me what it means to utter the words "Life isn't fair".
He is a father, a grandfather, a friend, a companion, a brother, a son, an uncle and most of all he's family and we love and support him.

I hope this letter provides some insight on who my uncle *truly* is, not what any one accuses him of being.


Very Respectfully,
Ray'Shawn Elliott