01/07

DEAR JUDGE,

I WRITE this leTTER IN hopes it Reaches you, Just to give iNsight ON A peRSON that is oNly know to you by case NumbeR, This peRson's is EDWARD KELLY (KENNY) SomE call him DAD SOME say UNcle.

THERE ARE A lot of thiNgs this couRt does not kNow About KENNY FIRST i would like to say to you he AND i ARE SORRY WE ARE heRE befoRE you, iN this MATTER. I tRuly belIEVE he hAS leARNED this lesson.

HE IS A kiND AND CARING fRiEND AND bRotheR he cARes About the Needs of otheRS. HE helps us throuGh the RuTt times iN life. A woNdeRful fatheR he is Always ENcouRaged us AND them to do better. He plays A LARGE pART iN keepiNg this family togetheR. He is the fiRst to say good job ANd NO that is NOt Right, wheN we ARE RiGht he stAND with us ANd wheN we ARE WRONG he stAND iN fRoNT of us so we DoNOT MAKE the SAME mistAke.

KENNY hAS NeveR been the type
of peRson that gives up on people,
he keeps tRying to help until they
get it Right. He helps chang the
life of so many people for the better,

His bigest love is his girls no matter
what he is there for them even when
they don't want him to help. He
Respects them. I truly wish this
hardship never happend because
we need him in our lives and
family

Thank you.

Veronica Elliott
KENNY'S Sister.