**HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-153</u> |
| vs. | : | |
| KELLY Jr., Edward Kenneth | : | Disclosure Date: <u>December 13, 2006</u> |

**RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT**

2006 DEC 21 AM 11:34  U.S. PROBATION OFFICE DISTRICT OF COLUMBIA  RECEIVED FRONT OFFICE

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

FILED FEB 23 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

**For the Government**

(CHECK APPROPRIATE BOX)
(✓) There are no material/factual inaccuracies therein.
(  ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          12/20/06
**Prosecuting Attorney**                          **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)
(  ) There are no material/factual inaccuracies therein.
(  ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____   _____          _____   _____
**Defendant**                    **Date**                **Defense Counsel**           **Date**

**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **December 27, 2006**, to U.S. Probation Officer **Sherry Brandon**, telephone number **(202) 565-1327**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Acting Chief
      United States Probation Officer