UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :

    v.                                  :    Cr. No. 06-153 (RWR)

EDWARD KENNETH KELLY, JR.          :

               Defendant.      :

## NOTICE OF APPEAL

FILED
MAR - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Name and address of appellant:**  Edward Kenneth Kelly, Jr.
D.C. Jail

**Name and address of appellant's attorney:**  Jonathan Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

**Offense:**  21 U.S.C. § 841(b)(1)(C) - Possession of Narcotics & 18 U.S.C. § 924(c)(1) - Using, Carrying & Possession of a Firearm During a Drug Trafficking Offense

**Concise statement of judgment or order, giving date, and any sentence:**

Sentenced on 2/23/07 - Count 1 - 50 months' incarceration and Count 3 - 60 months' incarceration - both to run consecutively; Supervised Release - Count 1 - 36 months and Count 3 - 48 months - both to run concurrently; and $200 special assessment

**Name of institution where now confined, if not on bail:**  D.C. Jail

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

   3/7/07                                 Edward Kenneth Kelly, Jr.
DATE                  APPELLANT

CJA, NO FEE _____ FPD _____          Jonathan Jeffress
PAID USDC FEE ___ No _____          ATTORNEY FOR APPELLANT
PAID USCA FEE ___ No _____

Does counsel wish to appear on appeal?  ___ Yes  _X_ No
Has counsel ordered transcripts?  ___ Yes  _X_ No
Is this appeal pursuant to the 1984 Sentencing Reform Act?  _X_ Yes  ___ No

*Docketing statement not submitted.*